UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDDIE ANTHONY PATTERSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-0256 |
| | § | |
| ERIN A JONES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On June 15, 2018, the Court ordered *pro se* plaintiff Eddie Anthony Patterson to file a more definite statement within thirty days (Dkt. 22). The Court warned Patterson that failure to comply with the order to file a more definite statement could result in the dismissal of this case without further notice under Federal Rule of Civil Procedure 41(b) for want of prosecution (Dkt. 22, at 6).

Patterson has not filed a more definite statement, and the time to do so has expired. Under the inherent powers necessarily vested in a district court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders).

For the foregoing reasons, the Court **ORDERS** that this case is **DISMISSED without prejudice**.

The Clerk of Court will send a copy of this Order to the plaintiff.

SIGNED at Galveston, Texas, this 13th day of August, 2018.

_____
George C. Hanks Jr.
United States District Judge